# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY CLAY KING,**<br>Plaintiff,<br>vs.<br>**SF SUPERIOR COURT, ET AL.,**<br>Defendants**.** | CASE NO. 18-cv-07776-YGR<br><br>**ORDER RE: PLAINTIFF'S FAILURE TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS AND FAILURE TO NOTIFY THE COURT OF A CHANGE OF ADDRESS**<br><br>Re: Dkt. Nos. 10, 11, 19, 20 |

**TO PLAINTIFF GARY CLAY KING:**

**This Order concerns your action.**

On March 5, 2019, defendants SF Superior Court ("Superior Court") and Tenderloin Housing Clinic, Inc. ("Tenderloin") filed separate motions to dismiss plaintiff's complaint, both pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt. Nos. 10, 11.) On March 7, 2019, the Court reset both motions for hearing on April 23, 2019. (Dkt. No. 15.) The Court also instructed plaintiff to file his response to both motions on March 20, 2019. (*Id.*)

On March 8, 2019, defendants UCSF, Peter Ureste, and Shuyu Wang ("UCSF Defendants") and San Francisco Police Department ("SFPD") filed separate motions to dismiss plaintiff's complaint, both pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt. Nos. 19, 20.) Plaintiff's response to the motions filed by the UCSF Defendants and SFPD were due on March 22, 2019.

On **March 20, 2019**, the Court's service by mail of the March 7, 2019 order was returned as undeliverable. (Dkt. No. 21.) Under Local Rule 3-11, plaintiff **must** advise the Court of his "current address" by **May 20, 2019**.

Further, on March 29, 2019, the Court issued a second order reminding plaintiff to file oppositions (or statements of non-opposition) to all four pending motions to dismiss by no later than April 19, 2019. As of the date of this order, no opposition or other response has been filed.

Moreover, plaintiff has not filed any document since December 28, 2018, when he filed his complaint and motion to proceed *in forma pauperis*. (*See* Dkt. Nos. 1, 3.)

**NOW, THEREFORE,** pursuant to Local Rule 3-11, plaintiff **shall file** by no later than **May 20, 2019**, a Notice of Change of Address specifying his new address and any oppositions for the pending motions to dismiss. If plaintiff fails to do so, the Court will dismiss plaintiff's complaint, without prejudice, for failure to prosecute. Any reply to plaintiff's oppositions must be filed not more than seven (7) days thereafter.

The Court advises plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available in the Clerk's office or through the Court's website, http://cand.uscourts.gov/pro-se.

Assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse, located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California or the Oakland Courthouse, located at 1301 Clay Street, 4th Floor, Room 470S, Oakland, California; (2) call 415-782-8982; or (3) email federalprobonoproject@sfbar.org. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED.**

Dated: April 30, 2019

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**