# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY CLAY KING,**<br>Plaintiff,<br>vs.<br>**SF SUPERIOR COURT, ET AL.,**<br>Defendants. | CASE NO. 18-cv-07776-YGR<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 10, 11, 19, 20 |

**TO PLAINTIFF GARY CLAY KING:**

**This Order concerns your action.**

On April 30, 2019, the Court ordered plaintiff to file, by no later than May 20, 2019, a Notice of Change of Address specifying a new address and any oppositions for the pending motions to dismiss. (Dkt. No. 26.) Therein, the Court instructed plaintiff that if plaintiff failed to so file, the Court would dismiss plaintiff's complaint, without prejudice, for failure to prosecute. (*Id.*) As of the date of this order, no Notice of Change of Address, opposition, or other response has been filed. Moreover, plaintiff has not filed any document since December 28, 2018, when he filed his complaint and motion to proceed *in forma pauperis*. (*See* Dkt. Nos. 1, 3.)

Therefore, and pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED WITHOUT PREJUDICE**.

This Order terminates Docket Numbers 10, 11, 19, and 20.

**IT IS SO ORDERED.**

Dated: May 31, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**